IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 01-6589-CIV-GOLD/SIMONTON

U.S. EAST TELECOM, INC.,

    Plaintiff,

vs.

CISCO SYSTEMS CAPITAL
CORPORATION,

    Defendant.
_____/



## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Plaintiff U.S. East Telecom, Inc., by its undersigned attorneys, for its Motion for Entry of Default, states:

1. On March 22, 2001, defendant Cisco Systems Capital Corporation ("Cisco") was served with the Summons and Complaint in this matter, which was pending in the Seventeenth Judicial Circuit in and for Broward County, Florida at the time.

2. On April 11, 2001, Cisco filed its Petition for Removal.

3. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Cisco was required to "answer or present the other defenses or objections ... within 5 days after the filing of the petition for removal ... ."

4. Cisco has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure within the time provided by Rule 81(c).

5. Accordingly, pursuant to Rule 55(a) of the Florida Rules of Civil Procedure, the clerk

is required to enter a default against Cisco.

WHEREFORE, plaintiff U.S. East Telecom, Inc., requests entry of a default by the clerk against defendant Cisco Systems Capital Corporation.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by U.S. mail to: **Steve I. Silverman, Esq.**, Kluger, Peretz, Kaplan & Berlin, P.A., 201 South Biscayne Boulevard, 17th Floor, Miami, Florida 33131, on this ⁄_7_ day of April, 2001.

           HUNT, COOK, RIGGS, MEHR & MILLER, P.A.
           Attorneys for Plaintiff
           2200 Corporate Blvd., N.W., Ste. 401
           Boca Raton, Florida 33431
           Telephone: (561) 997-9223
           Facsimile: (561) 997-6224
           bobhunt@huntcook.com
           dgreene@huntcook.com

           By: _____
             Robert J. Hunt, Esq.
             Florida Bar No. 244066
             David A. Greene, Esq.
             Florida Bar No. 0087629

### DEFAULT

A default is entered in this action against the defendant Cisco Systems Capital Corporation, named in the foregoing Motion for Entry of Default, for failure to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

  Dated this __ day of _____, 2001.
           CLARENCE MADDOX
           As Clerk of the Court

           By: _____
             As Deputy Clerk